IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
ELKINS

**SOPHIA CUPP,**

    **Plaintiff,**

**v.**                                             **CIVIL ACTION NO. 2:20-CV-35**
                                                                                    **(KLEEH)**

**FCA US LLC, a limited liability corporation, and FIAT CHRYSLER CORPORATION US LLC,**

    **Defendants.**

## ORDER

On October 26, 2021, the Court ordered the parties to forward, within 75 days, either a dismissal order or a notice as to why dismissal is not warranted.  Over 75 days have passed, and the Court has not received anything from the parties.  This action is hereby **DISMISSED WITH PREJUDICE** and **STRICKEN** from the Court's active docket.

It is so **ORDERED.**

The Court directs the Clerk to transmit copies of this Order to all counsel of record.

**DATED:** January 26, 2022

                                                          /s/ Thomas S. Kleeh
                                                          THOMAS S. KLEEH
                                                          UNITED STATES DISTRICT JUDGE